# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SAMUEL JOHNSON, JR.**                                                       **PLAINTIFF**
**ADC #124670**

**V.**                  **CASE NO. 4:17-CV-397-SWW-BD**

**MELANIE JONES**                                                            **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Jones's motion for summary judgment (docket entry #34) is GRANTED. Mr. Johnson's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 20th day of July, 2018.

                                                            /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE