# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**SAMUEL JOHNSON, JR.**                                                                                **PLAINTIFF**
**ADC #124670**

**V.**                  **CASE NO. 4:17-CV-397-SWW-BD**

**MELANIE JONES**                                                                                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 20th day of July, 2018.

                                                    /s/Susan Webber Wright
                                                  UNITED STATES DISTRICT JUDGE